UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
             Petitioners,

-v.-

OLD MASTERS CLEANERS, INC.,
             Respondent.

NOTICE OF PETITION
08 CIV. 5364 (PAC)

Sir(s):

    **PLEASE TAKE NOTICE**, that upon the annexed Petition of David C. Sapp, Esq. duly verified the 2nd day of June 2008, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Paul A. Crotty, on the ___ day of _____ 2008, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated January 31, 2008, and granting the Petitioners judgment in the amount of $847.39 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as the Court may allow.

Dated: June 26, 2008
       New York, New York

Yours, etc.

_____
David C. Sapp – DS 5781
Attorney for Petitioners
730 Broadway, 9th Floor
New York, New York 10003-9511
(212) 539-5576

To:    Old Masters Cleaners, Inc.
        266 W. 72nd Street
        New York, New York 10023