UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>-v-<br><br>OLD MASTERS CLEANERS, INC.,<br>Respondent. | AFFIDAVIT OF SERVICE<br><br>08 CIV. 5364 (PAC) |

STATE OF NEW YORK    )
                                         ) ss.
COUNTY OF NEW YORK  )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On June 26, 2008, I served the Respondent herein with a signed copy of the Petition to Confirm Arbitration Award; Notice of Petition and Memorandum of Law by causing a true copy of said motion papers to be addressed to the Respondent at 266 West 72nd Street, New York, NY 10023 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7008 0150 0003 0448 0886 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
27th day of June 2008.

_Michele Reid_

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011